**Robert H. THEIM, Petitioner,**

v.

**DEPARTMENT OF JUSTICE,
Respondent.**

No. 2006–3392.

United States Court of Appeals,
Federal Circuit.

Oct. 31, 2006.

ON MOTION

### *ORDER*

Robert H. Theim moves without opposition dismiss his petition for review of the June 27, 2006 opinion and order of the Merit Systems Protection Board in *Theim v. Justice,* 102 M.S.P.R. 503.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The unopposed motion to dismiss is granted.\*

---

practice of this court to dismiss with or without prejudice. Theim may, of course, timely

(2) Each side shall bear its own costs.

(3) All pending motions are moot.

file a new petition for review if the Board issues a final decision at a later date.